IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN GOTHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) (removed from the Cir. Ct. of Greene |
| | ) County, MO) |
| | ) |
| GANNETT SATELLITE INFORMATION | ) |
| NETWORK, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT GANNETT SATELLITE INFORMATION NETWORK, INC.'S DISCLOSURE OF CORPORATE INTEREST

Pursuant to Rule 7.1(a) of the Local Rules of the United States District Court for the Western District of Missouri, notice is hereby given by counsel of record for Defendant Gannett Satellite Information Network, Inc. that the following corporate interests are disclosed:

1.  All parent companies of defendant that have issued shares to the public: Gannett Co., Inc.;

2.  Subsidiaries not wholly owned by the corporation that have issued shares to the public: None;

3.  Affiliates that have issued shares to the public: None.

                                  Respectfully submitted,

HUSCH BLACKWELL LLP

By /s/ *Bryan Wade*
Bryan O. Wade, MO Bar #41939
Ginger K. Gooch, MO Bar #50302
901 St. Louis Street
Suite 1800
Springfield, MO 65806
Phone: 417.268.4000
Fax: 417.268.4040
Email:   byan.wade@huschblackwell.com
         ginger.gooch@huschblackwell.com

Attorneys for Defendant Gannett Satellite
Information Network, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of July, 2015, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system and was forwarded by first class mail, postage prepaid to:

Brett A. Schneider, Esq.
SCHNEIDER LAW, LLC
205 Park Central East, Ste. 417
Springfield, Mo. 65806
Facsimile: 888-641-9659
brett@schneiderlawllc.com
sbrettlaw@gmail.com
*Attorney for Plaintiff*

/s/    *Bryan Wade*